Attorney Robert Gerald Lorge: Mediator MMM
(Wisconsin Bar Number 1018844)
LORGE@LAWFIRM.NET
Post Office Box 47
Bear Creek, Wisconsin 54922-0047
920-739-8080

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

---

| | | |
|---|---|---|
| IN RE: Anita L. Markin, | ) | Case No. 25-25182-gmh |
| Debtor. | ) | Chapter 13 |

---

# MEDIATOR'S FINAL REPORT

Name of Debtors and Counsel: Debtor(s): Debtor, Anita L. Markin,

Attorney for Debtor: Atty Christopher M. Holoyda, Email: cmh@esserlaw.com, Phone: 414-461-7000

Attorney for Creditor: Atty Bryan M Ward, Email: bmw@bryanwardlaw.com Phone: 304-972-7111

Creditor : Servicer:Marina Amador, SN Servicing Corporation

Property Address: 1343 Babbitz Ave Oshkosh, WI 54901

Last Four Digits of Account Number of Loan: 8172

Mediation Modification document exchange DMM Portal, session Date(s): Various Emails; DMM Portal agreed to keep open during plan implementation

How long from the Date of Appointment of Mediator to this Final Report: 31 days

The use of the Court's Mortgage Modification Mediation Program has resulted in the following (Note: please check appropriate box below):

- [X] **Loan Modification.**
  - [X] **Lender will file: Loan Modification Documents**
  - [X] **Debtor will file: Acceptance And Trial Payments**
- [ ] Surrender of property.
- [ ] No agreement by the Parties has been reached. (Impass).
- [ ] Other:

Future Mediation Services on this case by this Mediator, if any, are without additional fees. The filing of this ***Mediator's Final Report*** terminates the Mortgage Modification Mediation with respect to /the loan identified above by the last four digits of the account number.

Dated: January 12, 2026

**Signature**: /s/ Robert G. Lorge, E-Mail: LORGE@LAWFIRM.NET, **Mediator.**

I, Robert G. Lorge, Mediator, hereby certify that duplicate copies of the above documents have been served upon all parties by the DMM portal and electronic mail (E-Mail) upon all attorneys appearing of record pursuant to Federal Rules of Civil Procedure, and the original being filed electronically with the U.S. Bankruptcy Clerk of Courts Sean D. McDermott to: Mortgage Mediation WI <mortgagemediationwi@gmail.com>.